UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK, <br><br> *Plaintiff*, <br><br> v. <br><br> MCGRAW MEDIA, INC., JORDAN MCGRAW, BEHIND THE BADGE LLC, AND JOHN AND JANE DOES 1-20, <br><br> *Defendants*. | No. 1:26-cv-00598 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon the motion of Duncan K. Robinson to be admitted, *pro hac vice*, to represent defendants McGraw Media, Inc., Jordan McGraw, and Behind the Badge LLC in the above-captioned case, and upon the movant's certification that the movant is a member of good standing of the bar of the state of Texas, it is hereby

**ORDERED**, that Duncan K. Robinson is admitted to practice, *pro hac vice*, in the above-captioned case to represent defendants McGraw Media, Inc., Jordan McGraw, and Behind the Badge LLC in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January \_\_\_\_, 2026

New York, New York

_____
UNITED STATES DISTRICT COURT JUDGE