UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

THE CITY OF NEW YORK

Plaintiff(s)

- v -

MCGRAW MEDIA, INC., JORDAN MCGRAW, BEHIND THE BADGE LLC, AND JOHN AND JANE DOES 1-20

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:26-CV-00598-DLC
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

McGraw Media, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

McGraw Media, Inc. certifies it has no corporate affiliates, subsidiaries, or parent company, and no publicly held corporation owns 10% or more of McGraw Media, Inc.'s stock.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

McGraw Media, Inc. is a Texas corporation with its principal place of business in Texas. Therefore, McGraw Media, Inc. is a citizen of Texas.

2/3/26

Date

/s/ Joel R. Glover

Signature of Attorney

SDNY 5697487

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).