

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**AMANDA PAPANDREA**
*Assistant Corporation Counsel*
phone: (212) 356-2532
fax: (212) 356-2088
apapandr@law.nyc.gov

March 18, 2026

**By ECF**

Honorable Denise Cote
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   City of New York v. McGraw Media, Inc., et al.,
>        1:26-cv-00598-DLC – Joint Letter

Dear Judge Cote:

Plaintiff the City of New York (the "City") respectfully submits this joint letter on behalf of the parties in the pending litigation against Defendants McGraw Media, Inc., Jordan McGraw, and Behind the Badge LLC ("McGraw," and together with the City, the "parties").

We write to provide the Court with an update regarding the parties' settlement discussions in advance of the initial pre-trial conference scheduled for March 27, 2026 at 2:30 p.m. (ECF No. 14) and to respectfully request that the Court "so order" a brief extension of the existing TRO from March 19, 2026 to March 27, 2026 (the date of the scheduled initial pre-trial conference). This is the second request to extend the TRO.

The parties have been working collaboratively to prepare and finalize the episodes of the "Behind the Badge" Project containing the City's edits implemented into the final product.

To that end, McGraw requests an extension of time to respond to the Complaint from March 26, 2026 to April 2, 2026. The City consents. This is McGraw's second request to extend the time to respond to the Complaint.

We thank the Court for its attention to this matter.

So ordered.

*Denise Cote*

3/14/26

Respectfully submitted,

**STEVEN BANKS**
Corporation Counsel


By: ___/s/ *Elisa Lee*_____
Amanda Papandrea (apapandr@law.nyc.gov)
Blake Ahlberg (bahlberg@law.nyc.gov)
Elisa Lee (ellee@law.nyc.gov)
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-2532
*Attorneys for Plaintiff*

**JACKSON WALKER LLP**

By: ___/s/ *Joel Glover*_____
Chip Babcock (cbabcock@jw.com)
Joel Glover (jglover@jw.com)
Duncan Robinson (drobinson@jw.com)
Tori Emery (temery@jw.com)
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4226
*Attorneys for Defendants*


SO ORDERED.


Dated:
New York, New York                    _____
                                              DENISE COTE
                                      United States District Judge

2