

STEVEN BANKS
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**AMANDA PAPANDREA**
*Assistant Corporation Counsel*
phone: (212) 356-2532
apapandr@law.nyc.gov

March 26, 2026

**By ECF**
Honorable Denise Cote
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    City of New York v. McGraw Media, Inc., et al.,
             1:26-cv-00598-DLC – Letter

Dear Judge Cote:

Plaintiff the City of New York (the "City") respectfully submits this letter on behalf of the City in the pending litigation against Defendants McGraw Media, Inc., Jordan McGraw, and Behind the Badge LLC (the "McGraw Defendants"). Plaintiff writes to update Your Honor in advance of a conference in this matter scheduled for March 27, 2026.

Under an agreement between the parties, McGraw Media obtained insider access to film NYPD operations in contemplation of developing and producing a multi-episode television project entitled, "Behind the Badge." In exchange, the parties expressly contracted for the City to have the opportunity to review and edit "rough cuts" of the episodes prior to their publication, including the right to veto certain content.

After this litigation was commenced and the TRO was in place, McGraw and the City agreed to a framework to attempt to resolve this matter through a collaborative effort to review rough cuts of nine episodes, while the TRO remained in effect to protect the City's rights and to demonstrate good will between the parties. To date, McGraw Media has submitted to NYPD, and NYPD has provided comments on, four episodes. Two more episodes were recently sent by McGraw Media to NYPD, and NYPD is reviewing them. The parties contemplate three more episodes will be exchanged, and that the review process will be complete by the end of April.

Moreover, the parties also have made significant progress towards resolving this matter through a written settlement agreement. The parties have agreed on most of the terms, and hope to finalize the document in the next couple of days.

However, even though the parties are close to resolving this matter, both in form and substance, the McGraw Defendants state that they will not consent to extend the upcoming Court deadlines, including the initial case management conference and the temporary restraining order (the "TRO"). At the conference on Friday, the City intends to ask this Court for a brief extension of the TRO from March 27, 2026 to April 30, 2026, unless the parties reach a settlement prior to the end of April that protects the NYPD and its officers. This is the third extension request.

The City requests this extension to the TRO because absent its continued protections, the City is concerned about the McGraw Defendants distributing "Behind the Badge" episodes to third-party networks while still containing content that would unjustifiably put the City, the NYPD, and civilians at risk, and irreparably harm the City's good will and reputation. The TRO is narrowly tailored to only prevent dissemination of footage that has not been reviewed and approved by the City, which the parties provided in their Project Agreement will cause "irreparable harm to the City."

While the parties have made significant progress, the episodes are not yet finalized, and, pursuant to the agreed-upon schedule with the McGraw Defendants, we have not yet received rough cuts of all nine episodes. As expressly provided for in the parties' agreement, the City seeks continued injunctive relief to enforce the agreement and protect the public and members of the NYPD and the integrity of ongoing criminal investigations until the parties have jointly finalized all of the episodes that are slated to be presented to third-party networks.

We thank the Court for its attention to this matter.

Respectfully submitted,

**STEVEN BANKS**
Corporation Counsel

By: *Amanda Papandrea*
Amanda Papandrea (apapandr@law.nyc.gov)
Blake Ahlberg (bahlberg@law.nyc.gov)
Elisa Lee (ellee@law.nyc.gov)